# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**  16−11177−BFK
**Chapter**  13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Ahmad Shakil Mian
   dba Mapper Limo Inc
   6827 Clowser Court
   Springfield, VA 22150

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−1948

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

## NOTICE OF DISMISSAL OF CASE

 Notice is hereby given that an order was entered on April 19, 2016 dismissing the above−captioned case.

Dated:   April 19, 2016                                    For the Court,

                                                           William C. Redden, Clerk
[VAN015vDec2009.jsp]                                       United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                          Case No. 16-11177-BFK
Ahmad Shakil Mian                                               Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9        User: williamsd         Page 1 of 1            Date Rcvd: Apr 20, 2016
                            Form ID: VAN015         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2016.
db              +Ahmad Shakil Mian,   6827 Clowser Court,   Springfield, VA 22150-3002
13317754        +Carrington Mortgage,   PO Box 3489,   Anaheim CA 92803-3489
13317756        +Western Funding,   3915 E Patrick Lane,   Las Vegas NV 89120-3965

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13317755        +E-mail/Text: bkdepartment@rtresolutions.com Apr 21 2016 01:50:00      Real Time Resolutions,
                  1349 Empire Central Dr,   Suite 150,   Dallas TX 75247-4029
                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wells Fargo Bank, N.A., as Trustee for Carrington
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 19, 2016 at the address(es) listed below:
              Brandon R. Jordan    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
               Mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates bjordan@siwpc.com,
               drubin@siwpc.com;ewhite@siwpc.com;klane@siwpc.com;jmuncy@siwpc.com;mfreeman@siwpc.com;ecfva1@siwp
               c.com;ecfva2@siwpc.com;ecfva3@siwpc.com
              Thomas P. Gorman    ch13alex@gmail.com, tgorman26@gmail.com
                                                                                               TOTAL: 2